UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO IN BANKRUPTCY

*Minute Order*

| | |
|---|---|
| Date: **May 17, 2011** | Honorable Elizabeth E. Brown, Presiding |
| | Kerstin Cass, Law Clerk |

In re: **Russell D. Evans**  
Debtor.

Case No. 08-28291 EEB  
Chapter 7

| | Appearances | | Counsel | |
|---|---|---|---|---|
| Trustee | | | Counsel | **Maria Flora** |
| Debtor(s) | **Russell Evans** | | Counsel | **Andrew Snyder** |
| Creditor | **Roberta Evans** | | Counsel | **Theodore Rosen** |
| Creditor | | | Counsel | |
| [] | No Appearances | | | |

Proceedings: **Non-Evidentiary Hearing on the Second Amended motion to Compromise Controversy by Adopting and Entering Stipulation and Settlement Agreement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure filed by Roberta Evans and the Objection thereto filed by Cynthia Skeen, Chapter 7 Trustee.**

[ ] Witnesses sworn:      [ ] Exhibits entered:      [ ] See attached list  [ ] Evidentiary[1]

[ ]

Orders:

| [ ] | Relief sought in complaint/motion: | [ ] Granted | [ ] Denied | [ ] Dismissed | [ ] Awarded by default |
| [ ] | Judgment to enter for: | [ ] Plaintiff | [ ] Defendant | [ ] Applicant | [ ] Respondent |
| | | [ ] In the amount of | $ | | |

[ ]   Matter taken under advisement  
[ ]   Oral findings and conclusions made of record  
[ ]   Formal order or judgment to enter  
[ ]   Continued to

[X]   The Court denied as moot the Second Amended Motion to Compromise Controversy filed by Roberta Evans, because Bankruptcy Court approval of the parties' divorce stipulation is not necessary or appropriate. Any time a state court divides property in a divorce proceeding, it is without prejudice to any rights of a creditor, whether those rights are pursued in Bankruptcy Court or elsewhere. The Trustee's claims against Ms. Evans will continue in the adversary proceeding.

Date: **May 17, 2011**         BY THE COURT:

_____  
Elizabeth E. Brown  
United States Bankruptcy Judge

---

[1]This hearing is considered evidentiary for statistical reporting purposes.