# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: ) | |
| ) | |
| RUSSELL D. EVANS, ) | Bankruptcy Case No. 08-28291 EEB |
| ) | Chapter 7 |
| Debtor. ) | |

## JUDGMENT

Pursuant to and in accordance with the Minute Order entered by the Honorable Elizabeth E. Brown, Bankruptcy Judge, and entered on the record in the above-entitled matter on even date herewith, it is hereby

ORDERED that the Second Amended Motion to Compromise Controversy by Adopting and Entering Stipulation and Settlement Agreement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure filed by Roberta Evans in DENIED as moot.

DATED: May 17, 2011.

APPROVED BY THE COURT:                FOR THE COURT

_____             _____
Elizabeth E. Brown                    Deputy Clerk
United States Bankruptcy Judge